

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Margarita Bojorquez-Rodriguez

Citizen of Mexico

USM#: 73196-208     DOB: 1973

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10818-001M-SD

Brenda Acosta Sandoval (AFPD)
Attorney for Defendant

ICE#: A29 258 598

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/6/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY-FIVE (25) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10818-001M-SD**  Page 2 of 2
USA vs. Margarita Bojorquez-Rodriguez

Date of Imposition of Sentence: **Thursday, December 6, 2007**

_____  Date 12/6/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on_____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____  By:_____
United States Marshal                            Deputy Marshal
07-10818-001M-SD -

DATE: 12/6/2007    CASE NUMBER: 07-10818-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Margarita Bojorquez-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK

U.S. Attorney _____    INTERPRETER REQ'D Ricardo Gonzalez

LANGUAGE: Spanish

Attorney for Defendant Brenda Acosta Sandoval (AFPD)

- DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

  DOA 12/4/07    ☒ Complaint Filed    ☒ Appointment of counsel hearing held
  ☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
  ☒ Initial Appearance

**DETENTION HEARING:**    ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**    ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed   ☐ Class A Misd   ☐ Class B Misd   ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed _____   ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court   ☒ Plea of Guilty   ☐ Not Guilty   ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒    ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 25 DAYS   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Margarita BOJORQUEZ-Rodriguez
Citizen of Mexico
YOB: 1973
A29 258 598
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 10818M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about December 4, 2007, within the Southern District of California, Defendant Margarita BOJORQUEZ-Rodriguez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on (Felony).

### COUNT II

That on or about December 4, 2007, within the Southern District of California, Defendant Margarita BOJORQUEZ-Rodriguez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

_____
Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 6, 2007                    at              Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate                       _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Margarita BOJORQUEZ-Rodriguez

Dependents: 1 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien **and has been apprehended by the Border Patrol on 2 previous occasions.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- |
| 11/13/07  Yuma, AZ | EWI | 15 Days |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on December 4, 2007.

Charges: 8 USC§1325                      (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 6, 2007
Date

_____
Signature of Judicial Officer